**237**

**Rollen STEELE, Appellant,**

v.

**MAJESTIC COLLIERIES COMPANY et al.,
Appellees.**

Court of Appeals of Kentucky.

June 15, 1973.

Fred B. Redwine, Sanders & Redwine, Pikeville, for appellant.

John M. Stephens, Stephens, Combs & Page, Pikeville, for appellees.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

**James TALBERT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 15, 1973.

David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**James M. RANKIN, Appellant,**

v.

**JEFFERSON COUNTY BOARD OF EDUCATION, Appellee.**

Court of Appeals of Kentucky.

June 15, 1973.

Richard C. Porter, Jr., Louisville, for appellant.

E. Preston Young, Louisville, for appellee.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

**CITY OF COVINGTON and Daniel G. Schmidt**

v.

**Lula Mae NEWMAN.**

Court of Appeals of Kentucky.

June 15, 1973.

Charles P. Wagner, Covington, for appellants.

James L. Cobb, Jr., Peter F. Beasley, James G. Osborne, O'Hara, Ruberg & Cetrulo, Covington, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

* Opinion ordered not to be published.